Entered on Docket August 27, 2020

**Below is the Order of the Court.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re )<br>)<br>JENNIFER LYNN HUDSON )<br>)<br>)<br>Debtor(s) )<br>)<br>)<br>_____ ) | In Chapter 13 Proceeding<br>No. 18-44115-BDL<br><br>Order Allowing Debtor(s) to<br>Modify Mortgage with<br>PennyMac Loan Services LLC |

It is ordered that the Debtor(s) may modify the Mortgage with PennyMac Loan Services LLC pursuant to the terms in the loan modification filed with the motion in this case which will have a new principal balance of $181,412.43 with an interest rate of 3.875% and a monthly payment of principal and interest of $853.07 and estimated monthly escrow payments of $607.10.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958